IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


SHAWNA M. H.,
          Plaintiff,

                                                  Civil No. 2:25-CV-13222

v.


FRANK BISIGNANO,                          MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,
          Defendant.
_____/


## STIPULATION TO REMAND TO THE COMMISSIONER

The parties hereby jointly move the Court to reverse and remand this case

for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and enter

judgment in favor of Plaintiff.

Should the Court grant the joint motion to remand, per the Sixth Circuit's

recent decision in *Follen v. Comm'r of Soc. Sec.*, 167 F.4th 352, 2026 WL 381021

(6th Cir. 2026), it should articulate that it is reversing and remanding for further

administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify

the merits errors that ground it. The parties agree that this Court should enter

judgment reversing and remanding to the agency for further administrative

proceedings based on deficits in the ALJ's consideration of vocational evidence.

On remand, the Appeals Council will instruct the ALJ to update the administrative record, proceed though the sequential evaluation process, obtain additional vocational evidence, applying the policy in effect at the time the new decision is issued, offer the claimant the opportunity for a hearing, and issue a new decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/ Rachel Julis
Rachel Julis
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
312.596.1853
rachel.julis@ssa.gov[1]

---

[1] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

/s/ Lisa M. Watkinson[2]
Lisa M. Watkinson
18831 West 12 Mile Road
Lathrup Village, MI 48076
248.767.5511
lwatkinson@lawfirmofbernstein.com

/s/ David Chermol
David Chermol
Chermol & Fishman, LLC
11450 Bustleton Avenue
Philadelphia, PA 19116
215.464.7200
fdc@ssahelp.us

---

[2] Signed with consent obtained by email by Special Assistant United States Attorney Rachel Julis, received on May 8, 2026.

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Lisa M. Watkinson, lwatkinson@lawfirmofbernstein.com and David Chermol, fdc@ssihelp.us.

/s/ Rachel Julis
Rachel Julis
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
312.596.1853
rachel.julis@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SHAWNA M. H.,
        Plaintiff,

                                 Civil No. 2:25-CV-13222

v.

FRANK BISIGNANO,            MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,
        Defendant.
_____/

## ORDER REMANDING CASE UNDER
## SENTENCE FOUR PER PARTIES' STIPULATION

The parties' Stipulation to Remand to the Commissioner is granted,

and this case is reversed and remanded to the Commissioner for further

proceedings under sentence four of 42 U.S.C. § 405(g).

This Court hereby enters a judgment, reversing the Commissioner's decision

under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.

§ 405(g), with remand of the cause to the Commissioner for further administrative

proceedings. This case is being remanded on the merits to permit the

Administrative Law Judge to give further consideration to the vocational evidence.

On remand, the Appeals Council will instruct the ALJ to update the

administrative record, proceed though the sequential evaluation process, obtain

additional vocational evidence, applying the policy in effect at the time the new

decision is issued, offer the claimant the opportunity for a hearing, and issue a new

decision.

s/Elizabeth A. Stafford_____
Elizabeth A. Stafford
United States Magistrate Judge

Dated: May 12, 2026