IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN


SHAWNA M. H.,
   Plaintiff,

            Civil No. 2:25-CV-13222

v.


FRANK BISIGNANO,     MAGISTRATE JUDGE STAFFORD
COMMISSIONER
OF SOCIAL SECURITY,


   Defendant.
_____/


## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND

REMANDED to the Commissioner of Social Security for further proceedings in

accordance with that order.


        s/Elizabeth A. Stafford_____
        Elizabeth A. Stafford
        United States Magistrate Judge


Dated: May 12, 2026